THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WESTON J. SMITH, Appellant.

*People v. Smith,* 114 App. Div. 513, appeal dismissed.
(Submitted January 28, 1907; decided February 1, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which affirmed a judgment of the Court of General Sessions in the county of New York rendered upon a verdict convicting the defendant of the crime of abduction.

The motion was made on the ground of failure to prosecute the appeal.

*William Travers Jerome, District Attorney (E. Crosby Kindleberger* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.